JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: William Hugh Watson, | ) | Case No. CV 12-01829-ODW |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | USBC Central District - San Fernando Valley, 1:09-bk-12931 MT |
| | ) | Adversay case number: 1:09AP1198 MT |
| Defendants. | ) | |

THE COURT ORDERS that this action be, and hereby is, dismissed without prejudice for lack of prosecution.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: May 24, 2012

OTIS D. WRIGHT, II
United States District Judge